**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | Case No.: 20-50286 |
|---|---|
| HESS, Michael | |
| HESS, Angel | Chapter 13 |
| Debtors | **DECLARATION IN SUPPORT OF MOTION TO VALUE PROPERTY** |

We declare under the penalty of perjury that the information listed below is true and correct:

1. We are the Debtors in the above-captioned case.

2. At the time we filed our Chapter 13 case, Angel Hess was operating her own business, known as the Law Office of Angel Hess (the "collateral").

3. I am informed and believe that on the date I filed my case, the collateral was worth $10,969.71.

4. Bank of the West holds a lien against the collateral in the approximate amount of $82,291.45, encumbering "All Equipment, Machinery, Furniture, Chattel Paper, and

DECLARATION IN SUPPORT OF MOTION TO VALUE PROPERTY - 1

General Intangibles". Attached as Exhibit A is a true and correct copy of the commercial security agreement.

5. I determined the value of the collateral by conducting a review of the assets of the business. The business has very limited physical assets, which I valued at $325 on my schedule A/B. The business has substantial accounts receivable. However, many of these accounts are very delinquent and the likelihood of collecting is very low. Therefore, I valued the value of the accoutns receivable at the time of the filing of this case as the full value for any accounts that were less than 90 days old, or $10,644.71.

Date: May 12, 2020        /s/ Angel Hess
Angel Hess
Debtor

Date: May 12, 2020        /s/ Michael Hess
Michael Hess
Debtor

DECLARATION IN SUPPORT OF MOTION TO VALUE PROPERTY - 2