Brian S. Healy, State Bar No. 112371
TIERNEY, WATSON & HEALY
A Professional Corporation
351 California Street, Suite 600
San Francisco, California 94104
Telephone: (415) 974-1900
Facsimile: (415) 974-6433

Attorneys for Creditor
Bank of the West

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No: 20-50286
)
Michael Raymond Hess & ) Chapter 13
Angel Lynn Hess, )
)
Debtors. )
)

**DECLARATION OF BRIAN S. HEALY IN
OPPOSITION TO MOTION TO VALUE COLLATERAL**

1. I am the attorney of record for Bank of the West as it relates to the above referenced matter. If called as a witness I could competently testify as to all the facts stated herein on first hand knowledge.

2. Bank of the West is a secured creditor of Angel Lynn Hess pursuant to a written security agreement and filed UCC-1 Financing Statement.

3. After the filing of the Chapter 13 petition, on March 11, 2020, I sent an email to counsel for the attorney of record for the debtors, Aaron Lipton. The text of my email was as follows:

> My office represents Bank of the West with regard to its claim
> against Angel Hess. I have reviewed the proposed Chapter 13
> plan and have a few questions.

Case: 20-50286    Doc# 35    Filed: 06/08/20    Entered: 06/08/20 10:50:18    Page 1 of 3
- 1 -

> Bank of the West is listed as being secured, with the value of its security, Mrs. Hess' accounts receivable, being $10,954.71. Does the debtor plan to take steps to collect the receivables valued at zero. If not, will those receivable be turned over to Bank of the West so it can pursue collection? In any event, please send a detailed listing of the open accounts receivable.
>
> As to the plan payments, as I read the plan Bank of the West is to be paid $100.00/month for the life of the plan which is 60 months. That is $6,000.00. Please explain how the balance is anticipated to be paid. I calculated that paying $10,954.71 over 60 months, without interest, requires a payment of $182.58/month.
>
> Should you wish to discuss this matter, please do not hesitate to contact me.

4. The reply to my email as to the security interest was that counsel was concerned regarding "privacy and attorney/client concerns" and that he would check with Ms. Hess.

5. When I did not receive any further communication from Mr. Lipton on the issue, on April 15, 2020, I again emailed him seeking a reply. There was no reply to that email.

6. My office has not been provided with any specifics concerning the detail of the accounts receivable - name of client, amount due, basis for non-payment, or the efforts to collect the receivable.

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 8, 2020, at Walnut Creek, California.

_____

Brian S. Healy