**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HESS, Michael<br><br>HESS, Angel<br><br>DEBTOR | CASE NO.: 20-50286<br><br>CHAPTER 13<br><br>**OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR HEARING; CERTIFICATE OF SERVICE** |

    Debtor opposes the motion of Devin Derham-Burk, Chapter 13 Trustee to dismiss this case, filed on July 21, appearing on the docket as document number 39.

    The substantial barrier to confirmation is the resolution to Debtor's Motion to Value, currently set for a hearing on August 13, 2020. Debtors are attempting to resolve this motion via discussions with the secured creditor; if discussions do not resolve the issue, then the Court will be required to rule on the motion. Debtors have taken steps to resolve the remaining objection points raised in the Third Amended Objection to Confirmation filed by the Chapter 13 Trustee.

OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR HEARING; CERTIFICATE OF SERVICE - 1

Debtors are currently waiting on a stipulation from secured creditor Lakeview Loan Servicing, LLC, to resolve the raised objection point regarding the existence of a class 1 creditor.

Therefore, Debtor requests the Motion to Dismiss be withdrawn or that the Court deny the Motion to Dismiss.

Date: August 12, 2020

/s/Aaron Lipton
Aaron Lipton, Esq.
Attorney for Debtor

OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR HEARING; CERTIFICATE OF SERVICE - 2

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to this case. My business address is:

Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003

I served the attached OPPOSITION TO MOTION TO DISMISS by first class U.S. Mail, postage pre-paid at Aptos California on the date below to the party(ies) listed below:

No parties listed.

The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. Further service was accomplished via electronic notice, accomplished via the filing of the above document(s) pursuant to Local Rule 9013-3(c) on electronic notice recipients.

I declare, under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2020 /s/ Aaron Lipton
Aaron Lipton
Debtor

OPPOSITION TO MOTION TO DISMISS AND REQUEST FOR HEARING; CERTIFICATE OF SERVICE - 3