

```
                                    Entered on Docket
                                    October 07, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

**The following constitutes the order of the Court.**
**Signed: October 7, 2020**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO. 20-50286 SLJ |
| MICHAEL RAYMOND HESS | **ORDER ON TRUSTEE'S MOTION TO DISMISS** |
| ANGEL LYNN HESS, | Hearing Date: October 8, 2020<br>Hearing Time: 11:00 a.m.<br>Judge: Hon. Stephen L. Johnson<br>Place: Telephonic or Video |
| Debtor(s) | |

      Devin Derham-Burk, the Chapter 13 Standing Trustee ("Trustee"), filed and served a Motion to Dismiss this case ("Motion") on July 21, 2020. [Docket #39]. On August 18, 2020, Trustee filed and served a Notice of Hearing on the Motion to Dismiss in compliance with Bankruptcy Local Rule 9014-1(b)(2) and (c)(2). The Court finds that notice was proper and has considered all pleadings and evidence before it and good cause appearing,

      IT IS HEREBY ORDERED as follows:

      1.      Debtor(s) shall confirm a Chapter 13 Plan by February 4, 2021;

2. The Clerk of the Court shall dismiss this case if a Plan has not been confirmed by close of business on February 4, 2021.

***END OF ORDER***

## COURT SERVICE LIST

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE