**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 20-50286-SLJ |
| HESS, Michael | Chapter 13 |
| HESS, Angel | **PRE HEARING STATEMENT**<br>**[CERTIFICATE OF SERVICE]** |
| Debtors | |

    On August 31, 2020, Debtor's Motion to Value Collateral was heard by the Court. Debtors and secured creditor Bank of the West appeared by telephone. At that hearing, the parties discussed certain document production relevant to resolving the motion, and the matter was continued to October 8, 2020.

    Prior the October hearing, Debtors provided secured creditor with documentation they believe to be responsive to secured creditor's objections; to wit, accounting statements regarding the accounts receivable related to Debtor's business, documents related to Debtors' collection attempts and processes, and a declaration providing further background and explanation.

Creditor requested time to review those documents. The October hearing was continued to permit Creditor to review the documents provided and for the parties to work on settlement.

Following the hearing, Debtors reached out to Creditor to attempt to discuss resolving the issue. Creditor had previously discussed assignment of the accounts as a way of resolving the difference, and Debtors communicated their interest in such an arrangement. Debtors counsel attempted to reach creditor's counsel to discuss the declaration and work on a resolution.

Unfortunately, no response was produced until November 5, 2020. Via email, creditor counsel appeared to raise new questions in response to Debtor's declaration and exhibits, furnished over a month ago.

While Debtors would prefer to resolve this matter with creditor, it does not appear that any meaningful progress towards a stipulation has occurred. Therefore, Debtors intend to request the Court set this matter for an evidentiary hearing.

Dated: November 5, 2020                    /s/ Aaron Lipton
                                                      Attorney

# CERTIFICATE OF SERVICE

I am over the age of 18 years, not a party to the within cause; my business address is 7960b Soquel Ave no. 156, Aptos, CA 95003. I am familiar with the processing of correspondence for mailing with the United States Postal Service.

I served the within NOTICE OF HEARING ON MOTION TO VALUE PERSONAL PROPERTY by placing same in an envelope in the Trustee's internal mail collection system to be delivered by mail with the United States Postal Service with postage prepaid in a sealed envelope on November 5, 2020. Said envelopes were addressed as follows:

[no addresses listed]

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on November 5, 2020 at Santa Clara, California

Dated: November 5, 2020                  /s/ Aaron Lipton
                                                                             Attorney

Case: 20-50286     Doc# 46     Filed: 11/05/20     Entered: 11/05/20 18:36:06     Page 3 of 3