**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 20-50286-SLJ |
| HESS, Michael | Chapter 13 |
| HESS, Angel | |
| | **STIPULATION CONTINUING HEARING** |
| Debtors | |

On November 11, 2020, Debtors, via counsel Aaron Lipton, and Creditor Bank of the West, via counsel William Healy, appeared before the Court and set the Debtors' Motion to Value Collateral, filed on May 19, 2020, for an evidentiary hearing on January 27, 2020, at 1:00 PM.  The Court issued a Scheduling Order on December 7, 2020.

The parties, having had constructive settlement discussions, and reached a framework for a settlement agreement, believe that a trial will not be necessary.  Therefore, the parties stipulate as follows:

1. That the January 27, 2020 trial hearing shall be taken off calendar; and
2. That a status conference shall be set on the Court's January 21, 10:00 AM calendar.

SO STIPULATED:

Dated: January 3, 2021  /s/ Aaron Lipton
Aaron Lipton, Esq.
Counsel for Debtors

Dated: January 4, 2021  /s/ Brian Healy
Brian Healy, Esq.
Tierney, Watson & Healy, PC

Counsel for Bank of the West

**CERTIFICATE OF SERVICE**

I am over the age of 18 years, not a party to the within cause; my business address is 7960b Soquel Ave no. 156, Aptos, CA 95003. I am familiar with the processing of correspondence for mailing with the United States Postal Service.

I served the STIPULATION CONTINUING HEARING by placing same in an envelope in the Trustee's internal mail collection system to be delivered by mail with the United States Postal Service with postage prepaid in a sealed envelope on July 08, 2020. Said envelopes were addressed as follows:

[no addresses listed]

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on January 7, 20201 at Watsonville, California

Dated: January 7, 2021 /s/ Aaron Lipton
Attorney