**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

Entered on Docket
February 03, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: February 3, 2021

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>HESS, Michael Raymond<br><br>HESS, Angel Lynn<br><br>Debtor | Case No.: 20-50286<br><br>Chapter 13<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 13 PLAN** |

On October 5, 2020 the Court entered an order without holding a hearing on the motion of Devin Derham-Burk, Chapter 13 Trustee, to dismiss this case. That order providing for dismissal of this case if a plan was not confirmed by February 4, 2021. Upon review of the Ex Parte Application To Extend Deadline To Confirm Chapter 13 Plan, and good cause appearing,

IT IS HEREBY ORDERED that the deadline of February 4, 2021 is extended to April 22, 2021.

*** END OF ORDER ***

Court Service List