**Aaron Lipton**
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | Case No.: 20-50286 |
|---|---|
| HESS, Michael | |
| HESS, Angel | Chapter 13 |
| Debtors | **DECLARATION REGARDING CURE OF ARREARAGE** |

I declare under the penalty of perjury that the information listed below is true and correct:

1. I am the Debtors in the above-captioned case.
2. I have cured the alleged escrow arrearage of Lakeview Loan Servicing via payment to my mortgage servicer. A true and correct copy of that check that I submitted as payment is attached as Exhibit A.

Date: February 24, 2021                    /s/ Michael Hess
                                                             Michael Hess
                                                             Debtor

DECLARATION REGARDING CURE OF ARREARAGE - 1